STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Willard Brandenburg
E. Hunt Cor. Center F-5-A DOC No. 120819
P.O. Box 174
St. Gabriel LA 70776

**REHEARING ACTION: August 24, 2011**

**Docket Number: 10   01235-KH**

**STATE OF LOUISIANA
VERSUS
WILLARD BRANDENBURG**

**Writ Application from Jefferson Davis Parish Case No. CR-969-04**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
Hon. James T. Genovese
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Willard Brandenburg** has this day been

    **DENIED.**

cc: Michael Cade Cassidy, Counsel for  the Respondent